UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: ) | BK No.: | 14-35173 |
| Rafal and Katarzyna Zielinski ) | | |
| ) | Chapter: | 13 |
| ) | Honorable Jack Schmetterer | |
| ) | | |
| Debtor(s) ) | | |

**ORDER DETERMINING VALUE OF CLAIM SECURED BY LIEN (CRYSTAL LAKE)**

This cause coming before the court on the motion of Rafal and Katarzyna Zielinski (the "Debtors") to determine the value of Chase's claim, which purports to be secured by a lien, all parties having been given notice thereof, and the Court being duly advised,

IT IS HEREBY ORDERED BY THE COURT that:

1. The Debtors own certain real estate commonly known as 439 Berkshire Drive, Unit 26 in Crystal Lake, Illinois (the "Crystal Lake Property") which they utilize as an investment/rental property., PIN: 19-07-280-052, valued at $66,000.

2. JPMorgan Chase Bank, N.A. ("Chase") holds a mortgage lien on the Crystal Lake Property with an outstanding balance of $89,727.58.

3. Chase's secured claim is valued at $66,000 and the remaining balance of its claim is unsecured, and shall be paid with an annual percentage rate of 5.00%.

4. The Debtors' were previously discharged of their personal liability on Chase's claim in Case No.: 12-10126 and therefore the unsecured portion of Chase's claim is unenforceable and valued at $0.00.

5. Chase shall retain its lien until the filing of a Notice of Completion of Plan Payments by Chapter 13 Trustee, Tom Vaughn, a copy of which, together with a copy of this order shall be recordable as a release of Chase's lien.

Enter: *[signature]*

Honorable Jack B. Schmetterer
United States Bankruptcy Judge

Dated: February 04, 2015

**Prepared by:**

William J. Factor (6205675)
Ariane Holtschlag (6294327)
FACTORLAW
105 W. Madison, Suite 1500
Chicago, IL 60602
Tel: (847) 239-7248
Fax: (847) 574-8233
Email: wfactor@wfactorlaw.com
     aholtschlag@wfactorlaw.com