UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   14-35173 |
| Rafal and Katarzyna Zielinski | ) | |
| | ) | Chapter:  13 |
| | ) | Honorable Jack Schmetterer |
| | ) | |
| Debtor(s) | ) | |

**ORDER DETERMINING VALUE OF CLAIM SECURED BY LIEN**

This cause coming before the court on the motion of Rafal and Katarzyna Zielinski (the "Debtors") to determine the value of Harris' claim, which purports to be secured by a lien, all parties having been given notice thereof, and the Court being duly advised,

IT IS HEREBY ORDERED BY THE COURT that:

1. The Debtors own and occupy as their residence certain real estate commonly known as 1351 S. Old Wilke Road in Arlington Heights, Illinois (the "Residence"), PIN: 08-08-401-061-1004, valued at $185,000.

2. Nationstar Mortgage holds a first priority mortgage lien secured by the Residence with an outstanding balance of $189,293.78.

3. BMO Harris Bank, N.A. ("Harris") holds second and third priority mortgage liens on the Residence with an outstanding balance of $24,803.79.

4. There is no collateral value to support Harris' liens and therefore the secured portion of Harris' claim is valued at $0.00.

5. The Debtors' were previously discharged of their personal liability on Harris' claim in Case No.: 12-10126 and therefore the unsecured portion of Harris' claim is unenforceable and valued at $0.00.

6. Harris shall retain its junior liens until the filing of a Notice of Completion of Plan Payments by Chapter 13 Trustee, Tom Vaughn, a copy of which, together with a copy of this order shall be recordable as a release of Harris' liens.

Enter:  /s/ Jack B. Schmetterer

Honorable Jack B. Schmetterer
United States Bankruptcy Judge

Dated:  April 15, 2015

**Prepared by:**

William J. Factor (6205675)
Ariane Holtschlag (6294327)
FACTORLAW
105 W. Madison, Suite 1500
Chicago, IL 60602
Tel: (847) 239-7248